O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3761 AHM (SSx) | Date | March 30, 2009 |
|---|---|---|---|
| Title | JON M. LEFEBVRE v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

On its own motion, the Court amends its March 6, 2009 Order[1] dismissing without prejudice the claims against Alice Lefebvre and Nancy Toothman. Specifically, the Court deletes the following phrase on page two:

> This dismissal is conditional upon those defendants filing a statement in this case that if Plaintiff sues them in state court they will not assert a statute of limitations defense based on or in any way encompassing the period of time that has elapsed since this case was filed. Such statements shall be filed by not later than March 23, 2009.

The dismissal of those claims shall take effect on April 6, 2009. Plaintiff may assert those claims in state court on or before April 6, 2009, and if he does there will be no statute of limitations implications or consequences. (There may not have been anyway.)

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 33