O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-3761 AHM (SSx) | Date | October 13, 2009 |
|---|---|---|---|
| Title | JON M. LEFEBVRE v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   The Court, on its own motion, orders a stay of all discovery and other pretrial activity in this case pending a ruling on Defendant's motion for summary judgment filed on October 1, 2009.

   No hearing is necessary.  Fed. R. Civ. P. 78; L. R. 7-15.

                                                                                                           : 
                                                              Initials of Preparer         SMO